UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAYVON DESHION MOORE-MCFADDEN,

Plaintiff,

v.

YESHA HILL, et al.,

Defendants.

Case No. 25-cv-09812-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff Trayvon Deshion Moore-McFadden's claims arise from events that occurred at CSP-Sacramento, which lies within the Eastern District of California. Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** March 5, 2026

WILLIAM H. ORRICK
United States District Judge